**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DONNIE DEWAYNE REDDEN                                                         PLAINTIFF

v.                          NO. 3:10V00048 JLH/HDY

BOBBY NEW, Deputy Sheriff,
Poinsett County Detention Center, *et al.*                           DEFENDANTS

## **JUDGMENT**

     Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

     DATED this 13th day of April, 2010.


                                                                 UNITED STATES DISTRICT JUDGE